**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Taneesha Jackson and Tracey Epps, Defendants,

Of Whom Tracey Epps is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2022-000012

————————

Appeal From Charleston County
Alice Anne Richter, Family Court Judge

————————

Unpublished Opinion No. 2022-UP-355
Submitted August 31, 2022 – Filed September 13, 2022

————————

**AFFIRMED**

————————

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Regina T. Parvin, of South Carolina Department of
Social Services, of Charleston, for Respondent.

Josh Keith Roten, of Summerville, for the Guardian ad Litem.

———————————

**PER CURIAM:** Tracey Epps appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Epps's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., THOMAS, J., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.